In the Matter of NEW YORK CITY ASBESTOS LITIGATION.

RUBY E. KONSTANTIN, Individually and as Executrix of DAVE JOHN KONSTANTIN, Deceased, Respondent, v 630 THIRD AVENUE ASSOCIATES et al., Defendants, and TISHMAN LIQUIDATING CORPORATION, Appellant.

Submitted January 12, 2015; decided February 24, 2015

Motion to dismiss appeal denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIAN SILVA, Appellant.

Submitted December 15, 2014; decided February 24, 2015

Motion for reargument denied [*see* 24 NY3d 294 (2014)].

Judge ABDUS-SALAAM taking no part.

JOSEPH PIPIA et al., Respondents, v TURNER CONSTRUCTION COMPANY et al., Appellants, and J.E.S. PLUMBING & HEATING CORP., Respondent.

Submitted December 8, 2014; decided February 24, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge RIVERA taking no part.